**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

## McGUIREWOODS

March 19, 2015

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/15

**Via ECF and U.S. Mail**

Honorable William H. Pauley, III, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street - Room 1920
New York, New York 10007

Re: *Consumer Fin. Protection Bureau v. Sprint Corp.*, 14 CV 9931 (WHP)

Dear Judge Pauley:

Plaintiff, Consumer Financial Protection Bureau ("CFPB"), and Defendant, Sprint Corporation ("Sprint"), (collectively "the Parties"), respectfully seek an extension of time concerning certain upcoming deadlines in this case. Specifically, Sprint requests an additional 60 days, or until May 22, 2015, to answer, move, or otherwise respond to the Complaint in this matter. Plaintiff CFPB consents to Sprint's request. The Parties further request adjournment of the currently scheduled initial pretrial conference currently set for March 27, 2015, for an additional 60 days, or until May 26, 2015.

The Parties have discussed this request with your judicial clerk, and have communicated that the Parties believe the additional time would be beneficial, for good cause, and is in the interest of justice. The Parties have filed a Rule 26(f) report, and do not anticipate this request impacting any other proposed deadlines.

Respectfully submitted,

Genessa Stout/JSC
with permission
Genessa Stout
Enforcement Attorney
Consumer Financial Protection Bureau

Jeffrey J. Chapman
McGuireWoods LLP
Counsel for Sprint Corporation

*This Court's individual practices require all communications to be in writing, and applications for adjournments to set forth good reason. Communications with law clerks are neither authorized, nor controlling. Accordingly, the application is denied, without prejudice.*

**SO ORDERED:**

/s/ William H. Pauley   3/20/15
WILLIAM H. PAULEY III U.S.D.J.