UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>    Plaintiff,<br><br>    v.<br><br>Sprint Corporation,<br><br>    Defendant. | Civil Action No. 14-cv-09931<br><br>Joint Motion to Enter Stipulated Final Judgment and Order |

**JOINT MOTION OF PLAINTIFF AND DEFENDANT TO ENTER STIPULATED FINAL JUDGMENT AND ORDER**

Plaintiff, the Consumer Financial Protection Bureau, and Defendant, Sprint Corporation, jointly request that the Court enter the proposed Stipulated Final Judgment and Order attached as Exhibit A.

FOR THE CONSUMER FINANCIAL PROTECTION BUREAU:

Anthony Alexis
*Enforcement Director*

Jeffrey Paul Ehrlich
*Deputy Enforcement Director*

Natalie R. Williams
*Assistant Litigation Deputy*

1

___/s_____
Genessa Stout
*Enforcement Attorney*
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Telephone: 202-435-7920
Facsimile: 202-435-7329
e-mail: genessa.stout@cfpb.gov

*Counsel for Plaintiff*

FOR SPRINT CORPORATION:

___/s_____
(signed by Genessa Stout with permission)
Jeffrey J. Chapman (NY Bar No. JC1813)
MCGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Telephone: 212-548-7060
e-mail: jchapman@mcguirewoods.com

*Counsel for Defendant*