

1700 G Street NW, Washington, DC 20552

May 12, 2015

Honorable William H. Pauley, III
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Via ECF and Regular Mail**

    Re:   *Consumer Financial Protection Bureau v. Sprint Corporation,*
            Case No. 14-cv-09931

Dear Judge Pauley,

I write on behalf of the Consumer Financial Protection Bureau ("Bureau"), pursuant to Rule III.A of the Court's Individual Practices, to request a premotion conference to address the Bureau's and Sprint Corporation's ("Sprint") proposal to file a joint motion requesting that the Court enter a stipulated final order and judgment resolving the dispute between the Bureau and Sprint.

The basis for the Parties' Joint Motion is that the Bureau and Sprint have engaged in good faith negotiations and worked cooperatively to resolve the Bureau's claims. The Stipulated Final Order and Judgment attached to the Parties' Joint Motion reflects these efforts and provides considerable relief to Sprint consumers.

In the event the Court determines that a premotion conference is unnecessary, I attach, for the Court's review, the Joint Motion and the Stipulated Final Order and Judgment, which sets forth the terms negotiated by the Parties.

I have conferred with counsel to Sprint and Sprint advises the Court that it has reviewed and approved this letter, as well as the attached Joint Motion and Stipulated Final Order and Judgment. Further, neither the Bureau nor Sprint request the opportunity to submit additional papers in support of the Joint Motion, though the parties will provide the Court with any additional information needed to evaluate the Joint Motion.



1700 G Street NW, Washington, DC 20552

Respectfully Submitted,

Genessa Stout
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20552
202-435-7920

*Attorney for the Consumer Financial Protection Bureau*

Enclosures

consumerfinance.gov