UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>      Plaintiff,<br><br>      v.<br><br>Sprint Corporation,<br><br>      Defendant. | Civil Action No. 14-cv-09931<br><br>Notice of Motion for Entry of Stipulated Final Judgment and Order |

**Notice of Motion for Entry of Stipulated Final Judgment and Order**

Please take notice that Plaintiff, the Consumer Financial Protection Bureau ("Bureau"), moves this Court to enter the Stipulated Final Judgment and Order ("Consent Order")[1] filed on May 12, 2015. As explained in the accompanying memorandum of law, and the Declaration of Genessa Stout, the Consent Order is fair and reasonable, and serves the public interest, and thus should be entered by this Court.

Dated: June 11, 2015

                                        Respectfully Submitted,

                                        Anthony Alexis
                                        *Enforcement Director*

                                        Jeffrey Paul Ehrlich
                                        *Deputy Enforcement Director*

                                        Natalie R. Williams
                                        *Assistant Litigation Deputy*

---

[1] ECF No. 14-2, attached as Exhibit A to the Declaration of Genessa Stout.

*[signature: Genessa Stout]*

_____
Genessa Stout
*Enforcement Attorney*
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, NW
Washington, DC 20552
Telephone: 202-435-7920
Facsimile: 202-435-7329
e-mail: genessa.stout@cfpb.gov

*Counsel for Plaintiff*