UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>       Plaintiff,<br><br>       v.<br><br>Sprint Corporation,<br><br>       Defendant. | Civil Action No. 14-CV-09931 (WHP)<br><br>Joint Motion to Intervene to<br>Modify Stipulated Final Judgment<br>and Order |

## JOINT MOTION TO INTERVENE TO MODIFY
## STIPULATED FINAL JUDGMENT AND ORDER

The Attorneys General for the States of Connecticut, Indiana, Kansas, and Vermont (collectively, "Intervenors") move to intervene in this Action pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and respectfully request that the Court enter the proposed Modified Order and Judgment, attached to this motion as Exhibit A, which will ensure that monies remaining after the execution of the Stipulated Final Judgment and Order continue to be used for consumer protection purposes.

In support of this motion, the Intervenors have filed herewith a Memorandum in Support of the Joint Motion to Intervene to Modify Stipulated Final Judgment and Order.

The Intervenors adopt the claims asserted by the plaintiff, the Consumer Financial Protection Bureau ("CFPB"), in its Complaint, ECF. No. 1.

Neither the CFPB nor the defendant, Sprint Corporation, opposes this motion.

FOR THE STATES OF CONNECTICUT, INDIANA, KANSAS AND VERMONT:

GEORGE JEPSEN
CONNECTICUT ATTORNEY GENERAL


By:     /s/   Kimberly Massicotte_____
        Kimberly Massicotte (KM7666)
        Associate Attorney General
        Office of the Connecticut Attorney General
        55 Elm Street
        Hartford, CT 06141
        (860) 808-5318
        Kimberly.Massicotte@ct.gov

        *Liaison Counsel*


Dated: January 3, 2017

## **CERTIFICATE OF SERVICE**

I, Kimberly Massicotte, counsel for the Intervenors, hereby certify that on January 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Kimberly Massicotte
Kimberly Massicotte (KM7666)
Associate Attorney General
Office of the Connecticut Attorney General
55 Elm Street
Hartford, CT 06141
(860) 808-5318
Kimberly.Massicotte@ct.gov

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau, | Civil Action No. 14-CV-09931 (WHP) |
| Plaintiff, | |
| v. | |
| Sprint Corporation, | |
| Defendant. | |

## <u>MODIFIED FINAL JUDGMENT AND ORDER</u>

The Joint Motion to Intervene to Modify Stipulated Final Judgment and Order, having been presented to this Court, it is hereby:

ORDERED:   GRANTED / DENIED

Paragraph 36 of the Stipulated Final Judgment and Order is hereby modified as follows:

36.    Sprint submitted a comprehensive written plan for providing redress consistent with this Order ("Redress Plan") to the Enforcement Director. The Enforcement Director has not objected to this plan. Under the terms of the Redress Plan, Sprint will provide up to $50,000,000 for the purpose of providing redress to Consumers. Sprint will provide notice of Consumers' right to file claims and receive redress, under the supervision of the Bureau, according to the terms set forth in the Redress Plan. <u>Notwithstanding the above, Paragraph 29 of the Redress Plan is hereby modified as follows:</u>

29.    If the Bureau determines, in consultation with the Participating States and the Federal Communications Commission, that additional redress to Consumers is wholly or partially impracticable or otherwise inappropriate, and if funds remain after additional redress is completed, the Bureau, in consultation with the Participating States and the Federal Communications Commission, may apply any such remaining funds for such other equitable relief, including consumer information remedies, as determined to be reasonably related to the allegations set forth in the Complaint. Any funds not used for such equitable relief will be deposited ~~in the U.S. Treasury as disgorgement~~ <u>with the National Association of Attorneys General to continue and complete the development of the National Attorneys General Training and Research Institute Center for Consumer Protection</u>. Sprint will have no right to challenge any actions that the Bureau or its representatives may take under this Paragraph.

_____
Date

_____
William H. Pauley III
United States District Court Judge